1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

11  LISA MOSQUEDA,                          )  Case No. EDCV 16-00169-JAK (DTB)
                                            )
12                    Plaintiff,            )
                                            )  ORDER TO SHOW CAUSE
13            vs.                           )
                                            )
14  CAROLYN W. COLVIN, Acting               )
    Commissioner of Social Security,        )
15                                          )
                      Defendant.            )
16                                          )
17

18       In ¶ 1 of its Order re Further Proceedings, the Court ordered the parties to file

19  separate briefs regarding the issues on appeal.  Plaintiff's memorandum in support of

20  the complaint (not to exceed a total of 25 pages (Local Rule 11-6)) was due within

21  **35 days** from the filing of the Court's Order, *i.e.*, February 10, 2017.

22       More than forty-five (45) days from the filing of the Court's Order has elapsed,

23  and plaintiff has not filed a memorandum in support of the complaint showing

24  compliance with ¶ 1 of the Order re Further Proceedings.

25  / / /

26  / / /

27  / / /

28  / / /

1

1     Accordingly, on or before March 10, 2017, plaintiff is ORDERED to either (a)

2 show good cause in writing, if any exists, why the Court should not recommend that

3 this case be dismissed for lack of diligent prosecution and/or failure to comply with

4 the Court's prior Order; or (b) file her memorandum in support of the complaint, as

5 well as a proof of service reflecting such service.

6

7 DATED: February 21, 2017

8

9                                       _____

10                                DAVID T. BRISTOW
                               UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28