JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MOSQUEDA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. EDCV 16-00169-JAK (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: April 10, 2017

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1